His Claim for Compensation under Section 240-a of the County Law.— Review under certiorari order of the proceedings of the board of supervisors of Schenectady county, in auditing and disallowing the claim made by a deputy sheriff under section 240-a of the County Law, for compensation for injuries received in the performance of his official duty. The board had not elected to make section 240-a apply. Determination confirmed, with fifty dollars costs and disbursements. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur. Rhodes, J.: I concur for confirmation. Upon the record here I do not think the question is before us as to whether the board before making an award must first by general resolution provide for compensation for all deputy sheriffs who may thereafter be injured, or whether without such general resolution the board may award compensation when a claim therefor is presented. It is sufficient that the board has seen fit to deny petitioner's claim.

Kiamesha Inn, Inc., Respondent, v. Railroad Furniture Outlet, Inc., Appellant.— Appeal from order and summary judgment entered thereon. Plaintiff sues upon a check purporting to be issued by the defendant corporation by one Hart, its president. The defense alleged that Hart was not president and had no authority to issue the check, which it was claimed was given for hotel accommodations for himself and his family. Judgment and order reversed on the law and facts, with costs, on the ground that there were questions of fact to be submitted to the jury. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. concur.

Nicholas Chicorelli, Plaintiff, v. Hempstead Paving Co., Inc., and State of New York, Defendants. Bryant Park Bank, Manufacturers Trust Company, Respondents, and Continental Casualty Company and Alfred A. Walter and Edward R. Wolff, Doing Business under the Firm Name and Style of Walter & Wolff, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

Maud D. Lahr, Appellant, v. John B. Lahr, Respondent. John B. Lahr, Appellant, v. Mabel C. Tirrill, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

Lillian M. Cutler, as Executrix, etc., of Edward D. Cutler, Deceased, Respondent, v. Isaac V. Swits and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

Kenneth H. Sampson, Respondent, v. Mechanics and Traders Insurance Company of New Orleans, La., Appellant, and Endicott Trust Company, Defendant. Kenneth H. Sampson, Respondent, v. The North River Insurance Company of the City of New York, Appellant, and Endicott Trust Company, Defendant. Kenneth H. Samspon, Respondent, v. The World Fire and Marine Insurance Company of Hartford, Conn., Appellant, and Endicott Trust Company, Defendant. Kenneth H. Sampson, Respondent, v. The New Hampshire Fire Insurance Company of Manchester, N. H., Appellant, and Endicott Trust Company, Defendant. Kenneth H. Sampson, Respondent, v. Atlas Assurance Company, Limited, of London, England, Appellant, and Endicott Trust Company, Defendant.— Motion for reargument denied, with

ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALKER ENGRAVING CORPORATION, Relator, v. MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

FLOYD L. CARLISLE, Respondent, v. JOHN J. BENNETT, JR., Individually and as Attorney-General of the State of New York, Appellant.— Motion for reargument denied. Motion to be allowed to appeal granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, which question is hereby certified as follows: Does the complaint herein state facts sufficient to constitute a cause of action entitling the plaintiff to an injunction? Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [See ante, p. 655.]

FLOYD L. CARLISLE, Respondent, v. JOHN J. BENNETT, JR., Individually and as Attorney-General of the State of New York, Appellant.— Motion for resettlement of order denied. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., McNamee and Heffernan, JJ., concur; Rhodes, J., dissents, as to resettlement of order and as to denial of motion for leave to appeal to the Court of Appeals; Bliss, J., dissents as to denial of motion for leave to appeal to the Court of Appeals.

In the Matter of the Application of NEW YORK STATE ELECTRIC AND GAS CORPORATION, Petitioner, for a Certiorari Order against MILO R. MALTBIE and Others, as Public Service Commissioners of the State of New York, as and Constituting the Public Service Commission of the State of New York. Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of FORT HUNTER-TRIBES HILL PRODUCERS CO-OPERATIVE ASSOCIATION, INC., Petitioner, for a Certiorari Order against CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent.— Determination unanimously confirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH MARANO, Defendant.— The defendant in a criminal prosecution served his notice of appeal upon the county clerk within the required time, but failed through inadvertence to make service upon the district attorney. The defendant moves for an order requiring the district attorney to accept service of the notice of appeal. Motion denied. (See People v. Green, 137 App. Div. 763.) Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of SALLY MALUKA, Appellant, against THE F. & W. GRAND-SILVER STORES and Another, Respondents STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of DUNBAR & SULLIVAN DREDGING COMPANY, Respondent, to Fix and Determine the Liability of FIDELITY AND DEPOSIT COM-